UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL ALLEN,
    Plaintiff,

Case No. 1:16-cv-170

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:    November 2, 2016       /s/ Paul L. Maloney
                                                              PAUL L. MALONEY
                                                              UNITED STATES DISTRICT JUDGE